ACCEPTED
03-15-00113-CV
6234897
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 1:53:01 PM
JEFFREY D. KYLE
CLERK



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

RANCE CRAFT
ASSISTANT SOLICITOR GENERAL

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 1:53:01 PM
JEFFREY D. KYLE
Clerk

(512) 936-2872
RANCE.CRAFT@TEXASATTORNEYGENERAL.GOV

July 27, 2015

**VIA ELECTRONIC FILING**

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

  Re: *EMC Corp. v. Hegar*
    No. 03-15-00113-CV

Dear Mr. Kyle:

  I will be on vacation November 2-16, 2015, and respectfully request that the above-referenced matter not be calendared for oral argument during those weeks.

       Sincerely,

       /s/ Rance Craft

       Rance Craft
       Texas Bar No. 24035655

       *Lead Counsel for Appellees*

RLC/vlc
cc:  Doug Sigel (*via File&Serve Xpress*)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512) 463-2100 WEB: WWW.TEXASATTORNEYGENERAL.GOV
*An Equal Employment Opportunity Employer*